| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | RONALD J. HOLLAND, Cal. Bar No. 148687 |
| 3 |   rholland@sheppardmullin.com |
|   | BABAK YOUSEFZADEH, Cal. Bar No. 235974 |
| 4 |   byousefzadeh@sheppardmullin.com |
|   | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California  94111-4109 |
|   | Telephone:      415-434-9100 |
| 6 | Facsimile:       415-434-3947 |
| 7 | Attorneys for Defendant |
|   | WASTE MANAGEMENT OF ALAMEDA COUNTY, |
| 8 | INC. |
| 9 | H. LARRY ELAM III (Cal. Bar No. 178836) |
|   |   larry@elamfirm.com |
| 10 | LAW OFFICE OF H. LARRY ELAM III |
|   | 2977 Ygnacio Valley Road, #267 |
| 11 | Walnut Creek, CA  94598 |
|   | Telephone:  (925) 465-5151 |
| 12 | Facsimile:  (925) 465-5152 |
| 13 | Attorneys for Plaintiff |
|   | RENE MALDONADO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MALDONADO, | Case No.  CV-11-3702 JSW |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Date:           02/24/2012 |
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC. and DOES 1-25, | Time:           1:30 p.m. |
| | Judge:          Jeffrey S. White |
| | Courtroom: 11 (San Francisco) |
| Defendants. | |

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

Case No.  CV-11-3702 JSW

1 WHEREAS, Plaintiff Rene Maldonado ("Plaintiff") and Defendant Waste Management of Alameda County, Inc. ("Defendant") (collectively, the "Parties") were initially scheduled to appear for a Case Management Conference in the above entitled matter on January 26, 2012;

4 WHEREAS, the Parties were available and intended to appear for the initial Case Management Conference set by the Court;

6 WHEREAS, after this matter was reassigned to the Hon. Judge Jeffrey S. White, the Court reset the Case Management Conference in this matter to February 24, 2012;

8 WHEREAS, trial counsel for Defendant is unavailable on said date, as both primary and secondary trial counsel have pre-paid, out-of-state vacations on February 24, 2012;

10 WHEREAS, efforts of trial counsel for Defendant, over the past two weeks, to change their pre-set vacation schedule have been unsuccessful;

12 WHEREAS, per the Court's Order Setting Case Management Conference, dated January 12, 2012, the Court does not permit telephonic appearances at the initial Case Management Conference, and requires presence of lead trial counsel (as opposed to other attorneys);

15 WHEREAS, the Parties wish to continue the currently set Case Management Conference to the next available date, March 1, 2012, so as to permit trial counsel for Defendant to be present;

17 WHEREAS, the Parties agree that a one-week extension of the Case Management Conference will not affect the requested trial date, the discovery plan, or other deadlines set forth in the Parties Joint Case Management Statement, nor cause prejudice to either Defendant or Plaintiff;

20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE         1.         Case No. CV-11-3702 JSW

1  NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through
2  their respective counsel, that the Case Management Conference currently set for February 24, 2012,
3  be continued to March 1, 2012 (the next available date), or as soon thereafter as is convenient for the
4  Court.



By:   ___*s/H. Larry Elam III*___          Dated: February 17, 2012
      H. Larry Elam III, Esq.
      LAW OFFICES OF H. LARRY ELAM, III
      Attorneys for Plaintiff   Rene Maldonado


By:   ___*s/Babak Yousefzadeh*___          Dated: February 17, 2012
      Ronald J. Holland, Esq.
      Babak G. Yousefzadeh, Esq.
      SHEPPARD MULLIN RICHTER HAMPTON, LLP
      Attorneys for Defendant Waste Management
      of Alameda County, Inc.

W02-WEST:5BAY1\404650301.1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    2.    Case No. CV-11-3702 JSW