| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | RONALD J. HOLLAND, Cal. Bar No. 148687 |
| 3 |   rholland@sheppardmullin.com |
|   | BABAK YOUSEFZADEH, Cal. Bar No. 235974 |
| 4 |   byousefzadeh@sheppardmullin.com |
|   | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California  94111-4109 |
|   | Telephone:       415-434-9100 |
| 6 | Facsimile:        415-434-3947 |

7   Attorneys for Defendant
    WASTE MANAGEMENT OF ALAMEDA COUNTY,
8   INC.

9   H. LARRY ELAM III (Cal. Bar No. 178836)
      larry@elamfirm.com
10  LAW OFFICE OF H. LARRY ELAM III
    2977 Ygnacio Valley Road, #267
11  Walnut Creek, CA  94598
    Telephone:  (925) 465-5151
12  Facsimile:  (925) 465-5152

13  Attorneys for Plaintiff
    RENE MALDONADO
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | RENE MALDONADO, | Case No.  CV-11-3702 JSW |
| 18 | Plaintiff, | **PROPOSED ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 19 | v. | |
| 20 | WASTE MANAGEMENT OF ALAMEDA COUNTY, INC. and DOES 1-25, | |
| 22 | Defendants. | |

[PROPOSED] ORDER            Case No.  CV-11-3702 JSW

## ORDER

Plaintiff Rene Maldonado ("Plaintiff") and Defendant Waste Management of Alameda County, Inc. ("Defendant") (collectively the "Parties") submit to the Court a Stipulation to Continue the Case Management Conference currently set in this matter for one week (the next available date for such a conference), or as soon thereafter as is convenient for the Court. Based on the Parties' stipulation, and good cause appearing to the Court, it is hereby ORDERED that the Case Management Conference currently scheduled for February 24, 2012 be continued to _____ _____, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____            _____
                                          THE HONORABLE JEFFREY S. WHITE