1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RONALD J. HOLLAND, Cal. Bar No. 148687
3    rholland@sheppardmullin.com
   BABAK YOUSEFZADEH, Cal. Bar No. 235974
4    byousefzadeh@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for Defendant
   WASTE MANAGEMENT OF ALAMEDA COUNTY,
8  INC.

9  H. LARRY ELAM III (Cal. Bar No. 178836)
     larry@elamfirm.com
10 LAW OFFICE OF H. LARRY ELAM III
   2977 Ygnacio Valley Road, #267
11 Walnut Creek, CA  94598
   Telephone:  (925) 465-5151
12 Facsimile:  (925) 465-5152

13 Attorneys for Plaintiff
   RENE MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RENE MALDONADO, | Case No.  CV-11-3702 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC. and DOES 1-25, | |
| Defendants. | |

[PROPOSED] ORDER                                           Case No.  CV-11-3702 JSW

**ORDER**

Plaintiff Rene Maldonado ("Plaintiff") and Defendant Waste Management of Alameda County, Inc. ("Defendant") (collectively the "Parties") submit to the Court a Stipulation to Continue the Case Management Conference currently set in this matter for one week (the next available date for such a conference), or as soon thereafter as is convenient for the Court. Based on the Parties' stipulation, and good cause appearing to the Court, it is hereby ORDERED that the Case Management Conference currently scheduled for February 24, 2012 be continued to March 2, _____, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 21, 2012

_____
THE HONORABLE JEFFREY S. WHITE

[PROPOSED] ORDER      1.      Case No. CV-11-3702 JSW