SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
   rholland@sheppardmullin.com
BABAK YOUSEFZADEH, Cal. Bar No. 235974
   byousefzadeh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:     415-434-9100
Facsimile:      415-434-3947

Attorneys for Defendant
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

H. LARRY ELAM III (Cal. Bar No. 178836)
   larry@elamfirm.com
LAW OFFICE OF H. LARRY ELAM III
2977 Ygnacio Valley Road, #267
Walnut Creek, CA  94598
Telephone:  (925) 465-5151
Facsimile:  (925) 465-5152

Attorneys for Plaintiff
RENE MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MALDONADO,<br><br>            Plaintiff,<br><br>     v.<br><br>WASTE MANAGEMENT OF ALAMEDA COUNTY, INC. and DOES 1-25,<br><br>            Defendants. | Case No.  CV-11-3702 JSW<br><br>**~~PROPOSED~~ ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

[~~PROPOSED~~] ORDER                              Case No.  CV-11-3702 JSW

## ORDER

Plaintiff Rene Maldonado ("Plaintiff") and Defendant Waste Management of Alameda County, Inc. ("Defendant") (collectively the "Parties") submit to the Court a Stipulation to Continue the Case Management Conference currently set in this matter for one week (the next available date for such a conference), or as soon thereafter as is convenient for the Court. Based on the Parties' stipulation, and good cause appearing to the Court, it is hereby ORDERED that the Case Management Conference currently scheduled for February 24, 2012 be continued to March 2, _____, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 21, 2012

_____
THE HONORABLE JEFFREY S. WHITE

[PROPOSED] ORDER       1.       Case No. CV-11-3702 JSW