**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 13, 2012**

CASE NUMBER:  CV 11-03702 JSW
CASE TITLE:  MALDONADO-v-WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Joseph C. Spero** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JCS** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/13/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 3/13/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA