**United States District Court**
For the Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6  RENE MALDONADO,                          No. C 11-03702 JCS

7          Plaintiff(s),

8      v.                                   **ORDER SETTING CASE
                                             MANAGEMENT CONFERENCE
9  WASTE MANAGEMENT OF ALAMEDA              [Reassigned Case]**
   COUNTY, INC.
10

11         Defendant(s).
                                    ____/
12  _____

13      TO ALL PARTIES AND COUNSEL OF RECORD:

14         The above-entitled matter having been reassigned to the Honorable Joseph C. Spero, for trial

15  and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10,

16  that a Case Management Conference shall be held in this case on **March 30, 2012, at 1:30 p.m.,** in

17  Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

18         The parties shall appear in person or through counsel and shall be prepared to discuss all

19  items referred to in Civil L.R. 16-10.  In view of the recent filing of the joint case management

20  statement, no additional case management statements need be filed.

21         All documents filed with the Clerk of the Court shall list the civil case number followed only

22  by the initials "**JCS**."  One copy shall be clearly marked as a <u>chambers</u> copy.

23

24  Dated:  March 14, 2012

25                                    _____

26                                    JOSEPH C. SPERO
                                      United States Magistrate Judge
27

28