| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | RONALD J. HOLLAND, Cal. Bar No. 148687 |
| 3 |   rholland@sheppardmullin.com |
|   | BABAK YOUSEFZADEH, Cal. Bar No. 235974 |
| 4 |   byousefzadeh@sheppardmullin.com |
|   | Four Embarcadero Center, 17th Floor |
| 5 | San Francisco, California  94111-4109 |
|   | Telephone:     415-434-9100 |
| 6 | Facsimile:      415-434-3947 |
| 7 | Attorneys for Defendant |
|   | WASTE MANAGEMENT OF ALAMEDA COUNTY, |
| 8 | INC. |
| 9 | H. LARRY ELAM III (Cal. Bar No. 178836) |
|   |   larry@elamfirm.com |
| 10 | LAW OFFICE OF H. LARRY ELAM III |
|   | 2977 Ygnacio Valley Road, #267 |
| 11 | Walnut Creek, CA  94598 |
|   | Telephone:  (925) 465-5151 |
| 12 | Facsimile:  (925) 465-5152 |
| 13 | Attorneys for Plaintiff |
|   | RENE MALDONADO |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MALDONADO, | Case No.  CV-11-03702 JCS |
| Plaintiff, | ~~PROPOSED~~ ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC. and DOES 1-25, | |
| Defendants. | |

W02-WEST:5BAY1\404897261.1

Case No.  CV-11-03702 JCS

**ORDER**

Plaintiff Rene Maldonado ("Plaintiff") and Defendant Waste Management of Alameda County, Inc. ("Defendant") (collectively the "Parties") submit to the Court a Stipulation to Continue the Case Management Conference currently set in this matter for one week (the next available date for such a conference), or as soon thereafter as is convenient for the Court. Based on the Parties' stipulation, and good cause appearing to the Court, it is hereby ORDERED that the Case Management Conference currently scheduled for March 30, 2012 be continued to April 6, , 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: March 30, 2012

THE HONORABLE JOSEPH C. SPERO

W02-WEST:5BAY1\404897261.1           1.           Case No. CV-11-03702 JCS