H. Larry Elam III (SBN 178836)
LAW OFFICE OF H. LARRY ELAM III
2977 Ygnacio Valley Road, #267
Walnut Creek, California 94598
Telephone: (925) 465-5151
Facsimile: (925) 465-5152

Attorneys for Plaintiff RENE MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.; and DOES 1-20,<br><br>    Defendants. | CASE NO.: CV-11-3702-JCS<br><br>NOTICE OF SETTLEMENT OF THE ENTIRE CASE |

TO THE COURT AND ALL PARTIES:

Plaintiff RENE MALDONADO files his notice of settlement of the entire case.

1.  Plaintiff is RENE MALDONADO; Defendant WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

2.  On February 9, 2011, Plaintiff sued Defendant.

3.  Defendant has been served with process and answered the complaint of March 14, 2011.

4.  This case is not a class action under Federal Rules of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

- 1 -
**NOTICE OF SETTLEMENT OF CASE**

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for settlement of the case.

7. Plaintiff has not previously settled any federal or state-court suit based on or including the same claims as those presented in this case.

8. Upon the execution of the terms of the settlement, Plaintiff will file a dismissal of this matter with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).

Dated: July 30, 2012              LAW OFFICE OF H. LARRY ELAM III


                                  */s/ H. Larry Elam*
                                  H. Larry Elam III

                                  Attorneys for Plaintiff RENE MALDONADO